MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
VIVIENNE RAKOWSKY
Nevada Bar No. 9160
VivienneRakowsky@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SANDRA AGUILA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>LOWE'S HOME CENTERS, LLC<br><br>                    Defendant. | Case No. 2:22-cv-01063-JCM-MDC<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Cory M. Jones, Esq. of the law firm of JONES WILSON LLP, attorney for Plaintiff, SANDRA AGUILA ("Plaintiff"), and Marc S. Cwik, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, attorney for Defendant, LOWE'S HOME CENTERS, LLC, that Plaintiff's Complaint shall be dismissed in its entirety with prejudice, with

/ / /

/ / /

/ / /

138929896.1   1

Sandra Aguila vs. Lowe's Home Centers, LLC
Case No. 2:22-cv-01063-JCM-MDC

each party to bear her/its own costs and attorney's fees.

| DATED this 16th day of April, 2024. | DATED this 16th day of April, 2024. |
|---|---|
| JONES WILSON LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Cory M. Jones | /s/ Marc S. Cwik |
| Cory M. Jones, Esq.<br>Nevada State Bar No. 5028<br>1522 W. Warm Springs Road<br>Henderson Nevada 89014<br>*Attorneys for Plaintiff Sandra Aguila* | Marc S. Cwik, Esq.<br>Nevada Bar No. 006946<br>Vivienne Rakowsky<br>Nevada Bar No. 9160<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant Lowe's Home Centers, LLC* |

**ORDER**

Upon the Stipulation by counsel for the Parties, and good cause appearing, therefore,

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED in its entirety WITH PREJUDICE, with each party to bear her/its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2024

138929896.1

2